| | | | |
|---|---|---|---|
| | AUSA: | Michael Taylor | Telephone: (313) 226-9516 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Kevin Rambus | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Corey Long

Case No.  Case: 2:23-mj-30202
Assigned To : Unassigned
Assign. Date : 5/18/2023
USA V. LONG (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin Rambus, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 18, 2023

*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Special Agent Kevin Rambus, being duly sworn, do hereby state the following:

## I.   INTRODUCTION

1. I am a Special Agent, with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) United States Department of Justice and have been so employed since September of 2018. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2. Prior to becoming a Special Agent with ATF, I was a Police Officer for Southfield Police Department and worked street investigations for two years. Prior to working for Southfield Police

Department, I worked at the Detroit Police Department for eight years. There I was a member of the Special Response Team where we conducted high risk search warrants, dealt with barricaded gunman situations, and instructed various trainings to the entire Police Department.

3. The statements contained in this affidavit are based, in part, on my review of written police reports by the Detroit Police Department. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, my investigation, and the review of documents.

4. This affidavit does not include all of the information known to law enforcement regarding this investigation, but only that information that establishes probable cause that Corey Marvin LONG (B/M/DOB: XX/XX/1979) violated 18 U.S.C. §922(g) (1), felon in possession of a firearm.

## II. PROBABLE CAUSE

5. On March 9, 2023, at approximately 1:52 a.m., according to their reports, Detroit Police Officers L. Palmer and K. Anderson were on routine patrol and were proactively patrolling in the area of Fenkell and Sussex in Detroit, Michigan. The officers were in a fully marked scout car

traveling in the area of 15299 Sussex Street due to this particular area being known for high drug trafficking, prostitution, and illegal firearms. The officers observed a Gray Impala parked close to 15150 Fenkell Street: a closed car wash. While observing the vehicle Officer Palmer observed an unknown black male who was later identified as Corey Melvin LONG black, male, DOB: XX/XX/1979 do an apparent hand to hand transaction on the passenger side of the parked vehicle.

6. The officers pulled into the car wash parking lot to further investigate and LONG began to walk away quickly and avoided making eye contact. The officers asked LONG if he was "ok" and LONG put his hands up and stated "I ain't from around here, man" then clutched his right pocket and he began to take off running. The officers briefly chased LONG on foot before they detained LONG. Officer Palmer recovered a Ruger LCP, .380 caliber pistol loaded with five (5) rounds, bearing serial number 37236990, from LONG's right pocket.

7. Officers confirmed that LONG did not have a concealed pistol license. LONG was then placed under arrest and conveyed to the Detroit Detention Center without incident for booking and processing for carrying a concealed weapon without a concealed pistol license. LONG

informed the officers that he was currently on parole and was released from prison in 2022.

8. According to the officers, LONG spontaneously stated "man I was over here tricking with a lil bitch for $40.00," which the officers understood to mean that LONG was engaging a prostitute.

9. A computerized criminal history check for LONG shows the following prior felony convictions:

    a. 1999 – Felony Controlled Substance-Del/Mfg (Cocaine, Heroin or Another Narcotic) Less than 50 Grams.

    b. 2006 – Felony Stolen Property – Receiving and Concealing – Motor Vehicle; Felony – Assault with Dangerous Weapon; Felony Assault with Dangerous Weapon

    c. 2016 – Felony Stolen Property – Receiving and Concealing – Motor Vehicle – 2nd Offense Notice; Felony – Police Officer – Assaulting/Resisting/ Obstructing; Felony Weapons Felony Firearm; Felony Armed Robbery

10. Each of LONG's above convictions occurred in the state of Michigan and are punishable by more than one year in prison. Further, since LONG served sentences exceeding one year, including a three-year sentence for Armed Robbery before placed on parole, LONG knew that he had previously been convicted of an offense punishable by more than one year of imprisonment.

11. I am trained as an expert in the interstate nexus of firearms. On April 26, 2023, I reviewed the history of the above-described pistol and determined it is a firearm as defined under 18 U.S.C. § 921, and that it was manufactured outside the state of Michigan and therefore had traveled through interstate and/or foreign commerce.

### III. CONCLUSION

12. Based on the above information, probable cause exists to believe Corey Marvin LONG, knowing that he was previously convicted

5

of numerous felonies, knowingly possessed in or affecting interstate commerce of the above-described firearms, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Kevin Rambus
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
United States Magistrate Judge

May 18, 2023